**FILED**

UNITED STATES COURT OF APPEALS

FEB 25 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: BRIAN EVANS. | No. 13-74307 |
| BRIAN EVANS, | D.C. No. 1:13-cv-00267-SOM-BMK<br>District of Hawaii,<br>Honolulu |
| Petitioner, | |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII, | ORDER |
| Respondent, | |
| CERBERUS CAPITAL MANAGEMENT, LP; et al., | |
| Real Parties in Interest. | |

Before: LEAVY, TASHIMA, and GRABER, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

The motion to proceed in forma pauperis is denied as moot.

No further filings will be entertained in this closed case.

**DENIED**.

AS/MOATT